# United States District Court

SOUTHERN    00 JAN 13 AM 8:56    OF     FLORIDA

FT. LAUDERDALE DIVISION

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

ACCARDIS SYSTEMS, INC.,

    Plaintiff,

V.

BEVINCO BAR SYSTEMS LIMITED; BARRY
DRIEDGER; BEVINCO AMERICAN BAR SYSTEMS
LIMITED; BEVINCO OF BROWARD COUNTY;
XYZ CORP.; RICHARD HEEBNER; STUART
SHOCKLEY; WITT STANDARD COMPANY, INC.;
MICHELLE HARRIS; and SCOTT DARRAH,

    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **00-06066**

**CIV-ZLOCH**
MAGISTRATE JUDGE
SELTZER

TO. (Name and address of defendant)
    BEVINCO AMERICAN BAR SYSTEMS LIMITED
    250 Consumers Road, Suite 1103
    Toronto, Ontario, Canada M2J 4V6

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    KEVIN P. CROSBY, ESQ.
    BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
    200 EAST LAS OLAS BOULEVARD, SUITE 1800
    FT. LAUDERDALE, FL. 33301

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.  You are also required to serve Responses to Plaintiff's First Set of Interrogatories, Plaintiff's First Set of Admissions and Plaintiff's First Request for Production of Documents served with the Complaint, within __forty-five (45)__ days after service of this Summons.

Carlos Maddox             JAN 1 3 2000

CLERK                                                   DATE

(BY) DEPUTY CLERK