AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

FT. LAUDERDALE DIVISION

ACCARDIS SYSTEMS, INC.,

    Plaintiff,

V.

BEVINCO BAR SYSTEMS LIMITED; BARRY DRIEDGER; BEVINCO AMERICAN BAR SYSTEMS LIMITED; BEVINCO OF BROWARD COUNTY; XYZ CORP.; RICHARD HEEBNER; STUART SHOCKLEY; WITT STANDARD COMPANY, INC.; MICHELLE HARRIS; and SCOTT DARRAH,

    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-06066

CIV-ZLOCH
MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

BEVINCO BAR SYSTEMS LIMITED
250 Consumers Road, Suite 1103
Toronto, Ontario, Canada M2J4V6

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KEVIN P. CROSBY, ESQ.
BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, SUITE 1800
FT. LAUDERDALE, FL. 33301

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. You are also required to serve Responses to Plaintiff's First Set of Interrogatories, Plaintiff's First Set of Admissions and Plaintiff's First Request for Production of Documents served with the Complaint, within forty-five (45) days after service of this Summons.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE   JAN 1 3 2000