**NIGHT BOX FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

FEB 4 2000

CLARENCE MADDOX
CLERK USDC / SDFL / FTL

CASE NO.: 00-06066-CIV-ZLOCH

Magistrate Judge Seltzer

| | |
|---|---|
| ACCARDIS SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEVINCO BAR SYSTEMS LIMITED; )<br>BARRY DRIEDGER; BEVINCO )<br>AMERICAN BAR SYSTEMS, LIMITED; )<br>BEVINCO OF BROWARD COUNTY; )<br>XYZ CORP; RICHARD HEEBNER; )<br>STUART SHOCKLEY; WITT )<br>STANDARD COMPANY, INC.; )<br>MICHELLE HARRIS; and SCOTT )<br>DARRAH. )<br>)<br>Defendants. ) | **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT AND DISCOVERY REQUESTS** |

Defendants, BEVINCO BAR SYSTEMS LIMITED, BARRY DRIEDGER, and BEVINCO AMERICAN BAR SYSTEMS LIMITED, by and through undersigned counsel, hereby file their Motion for Enlargement of Time to serve a response to Plaintiff's Complaint and discovery requests and state:

1. Defendants respectfully move this Court for an Order granting a three-week extension of time, up through and including February 28, 2000 within which to move, answer or otherwise respond to the Complaint and up through and including March 24, 2000 to respond to Plaintiff's discovery requests.

2. Undersigned counsel has just been retained and has recently received the Complaint and discovery requests in this matter. Counsel is in the process of gathering

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500   FAX 305-579-0717   www.gtlaw.com
MIAMI   NEW YORK   WASHINGTON, D.C.   ATLANTA   PHILADELPHIA   TYSONS CORNER   CHICAGO
SÃO PAULO   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TALLAHASSEE   BOCA RATON

information and conferring with the clients in order to prepare thorough and accurate responses to the Complaint and discovery requests.

3. Additionally, Plaintiff has served three (3) separate sets of discovery requests to each of the three (3) Defendants, which are voluminous and will require additional time to properly respond.

4. Counsel for Defendants has attempted to contact counsel for Plaintiffs, Kevin P. Crosby, Esq., but has been unable to obtain a response as to whether or not he objects to the extension requested herein.

5. This motion is not being interposed for purposes of delay, and no party will be prejudiced by the extension requested.

WHEREFORE, for all the foregoing reasons, Defendants respectfully request that their motion be granted.

Respectfully submitted,
GREENBERG TRAURIG, P.A..
Attorneys for Bevinco American Bar Systems Limited; Bevinco Bar Systems Limited, and Barry Driedger
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

_____
ALAN T. DIMOND
Florida Bar No. 111017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by U.S. Mail upon Kevin P. Crosby, Esq., Brinkley, McNerney, Morgan, Solomon, & Tatum, LLP, 200 East Las Olas Blvd., Suite 1800, Ft. Lauderdale, Florida 33301 on this 4TH day of February, 2000.

_____
For ALAN T. DIMOND

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500   FAX 305-579-0717   www.gtlaw.com
MIAMI   NEW YORK   WASHINGTON, D.C.   ATLANTA   PHILADELPHIA   TYSONS CORNER   CHICAGO
SÃO PAULO   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TALLAHASSEE   BOCA RATON