UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6066-CIV-ZLOCH

ACCARDIS SYSTEMS, INC.,

    Plaintiff,

vs.

BEVINCO BAR SYSTEMS LIMITED;
BARRY DRIEDGER; BEVINCO
AMERICAN BAR SYSTEMS, LIMITED;
BEVINCO OF BROWARD COUNTY;
XYZ CORP.; RICHARD HEEBNER;
STUART SHOCKLEY; WITT STANDARD
COMPANY, INC.; MICHELLE HARRIS,
and SCOTT DARRAH,

    Defendants.
_____/

FILED by _____ D.C.
FEB 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

O R D E R

    THIS MATTER is before the Court upon the Defendants, Bevinco Bar Systems Limited, Barry Driedger, and Bevinco American Bar Systems Limited's, Motion For Enlargement Of Time To Serve Response To Complaint And Discovery Requests, bearing file stamp of the Clerk of this Court dated February 4, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendants' aforementioned Motion For Enlargement Of Time be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. Defendants, aforementioned Motion is hereby **GRANTED** to the extent that the Defendants, Bevinco Bar Systems, Ltd., Barry Driedger, and Bevinco American Bar Systems, Limited, shall have up to and including March 6, 2000 within which to serve responses to the Plaintiff's First Set of Interrogatories, First Set of Admissions, and First Request For Production Of Documents; and

2. In all other respects, the aforementioned Defendants' Motion is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of February, 2000.

                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

Kevin P. Crosby, Esq.
For Plaintiff

Alan T. Dimond, Esq.
For Defendants Bevinco American
 Bar Systems Limited; Bevinco
 Bar Systems Limited, and
 Barry Driedger