UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| ACCARDIS SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEVINCO BAR SYSTEMS LIMITED; ) <br> BARRY DRIEDGER; BEVINCO ) <br> AMERICAN BAR SYSTEMS LTD.; ) <br> BEVINCO OF BROWARD COUNTY, INC.; ) <br> XYZ CORP.; RICHARD HEEBNER; ) <br> STUART SHOCKLEY; WITT STANDARD ) <br> COMPANY, INC.; MICHELLE HARRIS; ) <br> and SCOTT DARRAH, ) <br> ) <br> Defendants. ) | CASE NO. 00-06066-CIV-ZLOCH <br> Magistrate Judge Seltzer |

## DEFENDANT BARRY DRIEDGER'S
## AGREED MOTION FOR ENLARGEMENT OF TIME

Defendant, BARRY DRIEDGER, requests that this Honorable Court grant an enlargement of time of ten (10) days within which to file its reply to Plaintiff's Responsive Memorandum of Law in Opposition to Defendant Barry Driedger's Motion to Dismiss for Lack of Personal Jurisdiction. In support thereof, Defendant states as follows:

1.   Plaintiff, ACCARDIS SYSTEMS, INC., served its Memorandum of Law in Opposition to Defendant Barry Driedger's Motion to Dismiss for Lack of Personal Jurisdiction on February 28, 2000, making Defendant's reply due March 9, 2000.

2.   The parties are currently involved in settlement discussions which may obviate the need for further papers to be filed in this case. Additionally, counsel for Defendant currently has other commitments and deadlines. Undersigned counsel also underwent a medical procedure on March 2, 2000 and is just returning to the office.

CASE NO. 00-06066-CIV-ZLOCH

3.  Plaintiff's counsel has been contacted and has agreed to the requested enlargement of time.

4.  The requested enlargement of time will not result in prejudice to this Court or to any party to this litigation.

5.  This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, Defendant BARRY DRIEDGER respectfully requests an enlargement of time of ten (10) days, up to and including March 20, 2000, within which to file its reply to Plaintiff's Responsive Memorandum of Law in Opposition to Defendant Barry Driedger's Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Defendants Bevinco
Bar Systems Limited, Barry Driedger &
Bevinco American Bar Systems
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____
MARLENE K. SILVERMAN
Florida Bar No. 226947

Of Counsel:

Floyd A. Mandell
Timothy J. Vezeau
Jane J. Choi
Katten Muchin Zavis
525 West Monroe Street
Suite 1600
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

CASE NO. 00-06066-CIV-ZLOCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail to Kenneth J. Joyce, Esq. and Kevin P. Crosby, Esq., BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP, 200 E. Las Olas Blvd., Suite 1800, Ft. Lauderdale, FL 33301-2209 this 8th day of March, 2000.

*[signature]*
MARLENE K. SILVERMAN