UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6066-CIV-ZLOCH

ACCARDIS SYSTEMS, INC.,

   Plaintiff,

vs.                                                                  O R D E R

BEVINCO BAR SYSTEMS LIMITED;
BARRY DRIEDGER; BEVINCO
AMERICAN BAR SYSTEMS LTD.;
BEVINCO OF BROWARD COUNTY, INC.;
XYZ CORP.; RICHARD HEEBENER;
STUART SHOCKLEY; WITT STANDARD
COMPANY, INC.; MICHELLE HARRIS;
and SCOTT DARRAH,

   Defendants.
_____/

  THIS MATTER is before the Court upon the Defendant Barry Driedger's Agreed Motion For Enlargement Of Time, bearing file stamp of the Clerk of this Court dated March 8, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

  **ORDERED AND ADJUDGED** that the Defendant Barry Driedger's aforementioned Agreed Motion For Enlargement Of Time be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

  1. Defendant Driedger's Motion is hereby **GRANTED** only to the extent that the Defendant, Barry Driedger, shall have up to and

[FILED by _____ D.C. MAR 09 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

including March 16, 2000 within which to file his Reply to the Plaintiff's Responsive Memorandum Of Law In Opposition to Defendant, Barry Driedger's, Motion To Dismiss (DE 9); and

2. In all other respects, Defendant Driedger's Motion For Enlargement Of Time is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_9th\_\_\_ day of March, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Marlene K. Silverman, Esq.
Kenneth J. Joyce, Esq.
Kevin P. Crosby, Esq.