UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

ACCARDIS SYSTEMS, INC.,

    Plaintiff,

vs.

BEVINCO BAR SYSTEMS LIMITED;
BARRY DRIEDGER; BEVINCO
AMERICAN BAR SYSTEMS LTD.;
BEVINCO OF BROWARD COUNTY, INC.;
XYZ CORP.; RICHARD HEEBNER;
STUART SHOCKLEY; WITT STANDARD
COMPANY, INC.; MICHELLE HARRIS;
and SCOTT DARRAH,

    Defendants.
_____/

Case Number: 00-06066 Civ-Zloch
Magistrate Judge Barry S. Seltzer



## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, ACCARDIS SYSTEMS, INC., pursuant to Federal Rule of Civil Procedure 41(a), by and through its undersigned counsel, and hereby voluntarily dismisses the above entitled cause of action against BEVINCO OF BROWARD COUNTY, INC., XYZ CORP., RICHARD HEEBNER, STUART SHOCKLEY, WITT STANDARD COMPANY, INC., MICHELLE HARRIS AND SCOTT DARRAH, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 20th day of April, 2000, to: Marlene Silverman, Esquire, Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131.

BRINKLEY, McNERNEY, MORGAN,
SOLOMON & TATUM, LLP
Attorneys for Plaintiff
Post Office Box 522
Fort Lauderdale, FL 33302-0522
Telephone 954-522-2200

By: _____
KEVIN P. CROSBY, ESQUIRE
Florida Bar No.: 654360

BRINKLEY, McNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200