UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

ACCARDIS SYSTEMS, INC.,

    Plaintiff,

vs.

BEVINCO BAR SYSTEMS LIMITED;
BARRY DRIEDGER; BEVINCO
AMERICAN BAR SYSTEMS LTD.;
BEVINCO OF BROWARD COUNTY, INC.;
XYZ CORP.; RICHARD HEEBNER;
STUART SHOCKLEY; WITT STANDARD
COMPANY, INC.; MICHELLE HARRIS;
and SCOTT DARRAH,

    Defendants.
_____/

Case Number: 00-06066 Civ-Zloch
Magistrate Judge Barry S. Seltzer

## JOINT MOTION FOR ENTRY OF A STIPULATED FINAL JUDGMENT AND ORDER

Plaintiff, ACCARDIS SYSTEMS, INC. ("Accardis"), and Defendants, BEVINCO BAR SYSTEMS LIMITED, BARRY DRIEDGER, and BEVINCO AMERICAN BAR SYSTEMS, LTD., by and through their respective undersigned counsel, file this Joint Motion seeking the entry of a Stipulated Final Judgment and Order and in support thereof state as follows:

1. Plaintiff, Accardis, commenced this action against the Defendants alleging infringement of United States Patent Number 4,563,739 ("'739 Patent").

2. The parties have agreed to settle this controversy and Accardis, Bevinco Bar Systems Limited, Barry Driedger, and Bevinco American Bar Systems, Ltd. have entered into a written Settlement Agreement effectuating an agreement. Pursuant to the terms of the Settlement Agreement, the parties have agreed to stipulate to a Final Judgment and Order, the form of which is attached hereto as Exhibit "A".

3. Defendants, Bevinco of Broward County, Inc., XYZ Corp., Richard Heebner, Stuart Shockley, Witt Standard Company, Inc., Michelle Harris and Scott Darrah have not been served in this action and it is agreed that they will be dismissed with prejudice.

4. Pursuant to the settlement between the parties, it is requested that the Court enter the Stipulated Final Judgment.

WHEREFORE, Plaintiff, ACCARDIS SYSTEMS, INC., and Defendants, BEVINCO BAR SYSTEMS LIMITED, BARRY DRIEDGER, and BEVINCO AMERICAN BAR SYSTEMS, LTD. respectfully request this Honorable Court enter the Stipulated Final Judgment and such other and further relief as the Court deems just and proper.

| | |
|---|---|
| GREENBERG TRAURIG, P.A. | BRINKLEY, McNERNEY, MORGAN, SOLOMON & TATUM, LLP |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 1221 Brickell Avenue | Post Office Box 522 |
| Miami, Florida 33131 | Fort Lauderdale, FL 33302-0522 |
| Telephone: (305) 579-0500 | Telephone (954) 522-2200 |
| By: _____ | By: _____ |
| MARLENE K. SILVERMAN, ESQUIRE | KEVIN P. CROSBY, ESQUIRE |
| Florida Bar No.: 226947 | Florida Bar No.: 654360 |

G:\WPFILES\CLIENTS\Accardis\Pleadings\Jt M-Stip Final Judgment and Order
3/31/2000

2