```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6066-CIV-ZLOCH
ACCARDIS SYSTEMS, INC.,

        Plaintiff,

vs.                                          O R D E R

BEVINCO BAR SYSTEMS LIMITED;
BARRY DRIEDGER; BEVINCO
AMERICAN BAR SYSTEMS LTD.;
BEVINCO OF BROWARD COUNTY,
INC.; XYZ CORP.; RICHARD
HEEBNER; STUART SHOCKLEY;
WITT STANDARD COMPANY,
INC.; MICHELLE HARRIS;
and SCOTT DARRAH,

        Defendants.
_____/
```



THIS MATTER is before the Court upon the Defendant, Barry Driedger's Motion To Dismiss For Lack Of Personal Jurisdiction (DE 8). The Court having carefully reviewed said Motion and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Barry Driedger's aforementioned Motion To Dismiss For Lack Of Personal Jurisdiction (DE 8) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of April, 2000.

                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:
Kevin Crosby, Esq.
Marlene K. Silverman, Esq.