```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6066-CIV-ZLOCH
ACCARDIS SYSTEMS, INC.,

        Plaintiff,

vs.                                 STIPULATED FINAL JUDGMENT

BEVINCO BAR SYSTEMS LIMITED;
BARRY DRIEDGER; BEVINCO
AMERICAN BAR SYSTEMS LTD.;
BEVINCO OF BROWARD COUNTY,
INC.; XYZ CORP.; RICHARD
HEEBNER; STUART SHOCKLEY;
WITT STANDARD COMPANY,
INC.; MICHELLE HARRIS;
and SCOTT DARRAH,

        Defendants.
_____/
```

THIS MATTER is before the Court upon the Plaintiff, Accardis Systems, Inc., and Defendants, Bevinco Bar Systems Limited, Barry Driedger, and Bevinco American Bar Systems, Ltd.'s Joint Motion For Entry Of A Stipulated Final Judgment And Order, bearing file stamp of the Clerk of this Court dated April 24, 2000. The Court having carefully reviewed said Joint Motion and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff, Accardis Systems, Inc., and Defendants, Bevinco Bar Systems Limited, Barry Driedger, and Bevinco American Bar Systems, Ltd.'s aforementioned Joint Motion For Entry Of A Stipulated Final Judgment And Order be and the same is hereby **GRANTED**;

2. Final Judgment is hereby entered in favor of the Plaintiff, Accardis Systems, Inc., and against the Defendants,



Bevinco Bar Systems Limited, Barry Driedger, and Bevinco American Bar Systems, Ltd.;

3. The Court finds that U.S. Patent Number 4,563,739 (hereinafter "739 Patent") was duly and legally issued on January 7, 1986 to Impulse Computer Systems, Inc. and subsequently duly and legally assigned to the Plaintiff, Accardis Systems, Inc. (hereinafter "Accardis"). Accardis sued Bevinco Bar Systems Limited (hereinafter "Bevinco-Canada"), Barry Driedger (hereinafter "Driedger"), Bevinco American Bar Systems Ltd. (hereinafter "Bevinco-American"), Bevinco of Broward County, Inc., XYZ Corp., Richard Heebner, Stuart Shockley, Witt Standard Company, Inc., Michelle Harris, and Scott Darrah in this action, alleging that the Defendants have infringed the 739 Patent;

4. The parties have agreed to settle this controversy and Accardis, Bevinco-Canada, Drieger, and Bevinco-American have entered into a Settlement Agreement to effectuate their agreement;

5. The above-styled cause is hereby **DISMISSED**, with prejudice, as to the Defendants, Bevinco of Broward County, Inc., XYZ Corp., Richard Heebner, Stuart Shockley, Witt Standard Company, Inc., Michelle Harris, and Scott Darrah;

6. The parties have stipulated, and the Court finds, that a beverage inventory control system sold and licensed by Benvico-Canada, Driedger, and Beninco-American infringes the 739 Patent;

7. The 739 Patent is valid and has been infringed;

8. The above-styled cause is hereby **DISMISSED**, with prejudice, as to all Defendants, with all parties to bear their own

fees and costs;

9. The Court hereby retains jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement; and

10. To the extent not otherwise disposed of here, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _29th_ day of April, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Kevin Crosby, Esq.
For Plaintiff

Marlene K. Silverman, Esq.
For Defendants